STATE OF NEW JERSEY v. JUAN M. CASTRO.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BORDEN.

October 7, 1970. Petition for certification denied.

BOROUGH OF PARAMUS v. DOMINICK R. CAPELLO, *ET AL* AND BOROUGH OF CLIFFSIDE PARK, *ET AL.*

October 7, 1970. Petition and cross-petitions for certification denied.

STATE OF NEW JERSEY v. NORMAN CLARK.

October 7, 1970. Petition for certification denied. (See 110 *N. J. Super.* 562).

CITY OF PATERSON v. MICHAEL J. HILWAY, *ET AL.*

October 7, 1970. Petition for certification denied.

CAROL GIORDANO, *ET AL* v. TOWNSHIP OF WOODBRIDGE, *ET AL*, v. CYNTHIA SEGARRA.

CAROL GIORDANO v. LEONORA GRUPPUSO.

October 7, 1970. Petition for certification denied.